UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS, <br><br> Petitioner, <br> v. <br><br> CITY OF SEATTLE, <br><br> Respondent. | CASE NO. 2:23-CV-00036-LK-SKV <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on United States Magistrate Judge S. Kate Vaughan's Report and Recommendation. Dkt. No. 8. Mr. Hagos filed no objections. Having reviewed this document, the remaining record, and the applicable law, the Court finds and ORDERS as follows:

1. The Court ADOPTS Judge Vaughan's Report and Recommendation, Dkt. No. 8, and DENIES and DISMISSES without prejudice Mr. Hagos' amended habeas petition, Dkt. No. 7.

2. The Court further DENIES a certificate of appealability. *See* 28 U.S.C. § 2253(c).

//

//

The Clerk is directed to send a copy of this Order to Mr. Hagos at his last known address and to Judge Vaughan.

Dated this 3rd day of April, 2023.

Lauren King
United States District Judge